No. 87–827.   McLAUGHLIN, SECRETARY OF LABOR, ET AL. *v.* SEBBEN ET AL.   C. A. 8th Cir.   [Certiorari granted, 484 U. S. 1058]; and

No. 87–1095.   DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR *v.* BROYLES ET AL.   C. A. 4th Cir.   [Certiorari granted, 485 U. S. 987.]   Motion of the Solicitor General for divided argument granted.

No. 87–826.   GOLDBERG ET AL. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.; and

No. 87–1101.   GTE SPRINT COMMUNICATIONS CORP. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.   Sup. Ct. Ill.   [Probable jurisdiction noted, 484 U. S. 1057.]   Motion of MCI Telecommunications Corp. for leave to file a brief as *amicus curiae* granted.

No. 87–980.   MISSISSIPPI BAND OF CHOCTAW INDIANS *v.* HOLYFIELD ET AL.   Sup. Ct. Miss.   [Probable jurisdiction postponed, 486 U. S. 1021.]   Motions of Navajo Nation, Menominee Indian Tribe of Wisconsin, and Association on American Indian Affairs, Inc., et al. for leave to file briefs as *amici curiae* granted.

No. 87–996.   COIT INDEPENDENCE JOINT VENTURE *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER OF FIRSTSOUTH, F. A.   C. A. 5th Cir.   [Certiorari granted, 485 U. S. 933.]   Motion of Federal Home Loan Bank of Dallas et al. for leave to file a brief as *amici curiae* granted.

No. 87–1055.   CHAN ET AL. *v.* KOREAN AIR LINES, LTD.   C. A. D. C. Cir.   [Certiorari granted, 485 U. S. 986.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–1327.   COTTON PETROLEUM CORP. ET AL. *v.* NEW MEXICO ET AL.   Ct. App. N. M.   [Probable jurisdiction noted, 485 U. S. 1005.]   Motion of Jicarilla Apache Tribe for leave to file a brief as *amicus curiae* granted.

No. 87–1372.   ARGENTINE REPUBLIC *v.* AMERADA HESS SHIPPING CORP. ET AL.   C. A. 2d Cir.   [Certiorari granted, 485 U. S. 1005.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.